

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 22, 2021

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: ***United States v. Willis Hengy***, 19 Cr. 120 (CS)

Dear Judge Seibel:

The Government respectfully writes regarding the upcoming sentencing of the defendant, Willis Hengy, currently scheduled for February 10, 2021 at 10:30 a.m. (ECF No. 59.) As the Court is aware, approximately one month after the Court scheduled the defendant's sentencing, Chief Judge McMahon extended limitations on in-person proceedings through February 12, 2021. First Amended Standing Order, 20 Misc. 622 (CM) (Jan. 5, 2021). The Government has discussed the extended limitations with stand-by counsel and understands that the defendant does not consent to any sentencing proceeding over video- or teleconference at this time.

In light of the extended restrictions on in-person appearances and the defendant's decision to proceed with sentencing in person, the Government respectfully believes that an adjournment of the February 10, 2021 sentencing date is necessary in order to comply with the District's re-opening plan. Although such re-opening plans are subject to change, the Government suggests that the Court adjourn the defendant's sentencing for approximately 30 days, or to a date and time convenient for the Court.

*Sentencing adjourned to: March 18, 2021 at 10:00 a.m.*

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 1/25/21

Page 2

Accordingly, the Government respectfully requests that the Court grant the requested adjournment.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *[signature]*
Nicholas S. Bradley
Gillian Grossman
Assistant United States Attorneys
(212) 637-2188 / (914) 993-1962

Cc: Willis Hengy (by certified mail)
Larry Sheehan, Esq. (by ECF)